# Court of Appeals
# of the State of Georgia

ATLANTA, _July 27, 2021_

*The Court of Appeals hereby passes the following order:*

## A21A1725.  WILLIAMS v. STATE.

Appellant has filed a motion for extension of time to submit brief and enumeration of errors. In his motion, appellant requests an extension of time to allow appellate counsel to be appointed for appellant. Because it does appear from the record that appellant did attempt to request indigent appellant counsel in the trial court, we hereby remand this case to the trial court for it to determine whether to appoint the appellant counsel.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/27/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk._